IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>IGNACIO ARECHIGA, and<br>ROSA MARIA HUERTA-ALVARADO,<br><br>　　　　　　　　　Defendants. | **CASE NO. 1:05-CR-00294-DAD**<br><br>**ORDER DISMISSING INDICTMENT<br>(Fed. R. Crim. P 48(A))** |

　　　The United States of America, having moved this Court to dismiss the indictment in this case pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, without prejudice and in the interest of justice and good cause appearing;

　　　IT IS HEREBY ORDERED that the indictment be dismissed without prejudice in the interest of justice.

　　　IT IS FURTHER ORDERED that the clerk of the court close this case and recall the previously issued warrants.

IT IS SO ORDERED.

Dated:  **June 29, 2016**　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL, FRCrimP 48(a)　　　　1